```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                        CASE NO. 04 B 29511
       JEFFREY PETER SEEHAFER
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

            Debtor
       SSN XXX-XX-1667


    ----------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
    ----------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

        1.   The case was filed on 08/09/04 and confirmed on 10/12/04.

        2.   The plan is paid in full.

        3.   The Debtor paid a total of $  10175.00 .

        4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIRST MIDWEST BANK | SECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7157.69 | .00 | 739.33 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2390.85 | .00 | 246.95 |
| ROUNDUP FUNDING LLC | UNSECURED | 23798.56 | .00 | 2458.19 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10829.98 | .00 | 1118.64 |
| FIFTH THIRD BANK | UNSECURED | 7905.82 | .00 | 816.60 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11879.46 | .00 | 1227.05 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13974.77 | .00 | 1443.47 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 77937.13 | .00 | 77937.13 |
| PRINCIPAL PAID | .00 | .00 | 8050.23 | .00 | 8050.23 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 8050.23 | .00 | 8050.23 |

```
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00
and was paid $   1015.00   direct and $   1685.00   through the plan.

The Trustee received $    439.77 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 02/08/08                      /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 29511 JEFFREY PETER SEEHAFER